UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:   CHAPTER 13 PROCEEDING:
JAVIER & BLANCA GARCIA   09-70421-M-13
DEBTORS

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Tuesday, Jun 2, 2009.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Creditor listed below has refused payment.

   AMERICAN HOME MORTGAGE SERVICING INC
   4875 BELFORT ROAD STE 130
   JACKSONVILLE, FL  32256

5. As a result, funds owed to the creditor in the amount of $1,143.97 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Tue, April 13, 2010

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:                                                              CHAPTER 13 PROCEEDING:
JAVIER & BLANCA GARCIA                     09-70421-M-13
DEBTORS

**CERTIFICATE OF SERVICE**

   I, Cindy Boudloche , do hereby certify that on Apr 13, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche* (signature)

Cindy Boudloche ,Chapter 13 Trustee


JAVIER AND BLANCA GARCIA               ROBERTO A GUERRERO
4117 N 42ND                                        2217 N 23RD
MCALLEN, , TX  78504                      MCALLEN, TX  78501

AMERICAN HOME MORTGAGE SERVICING INC     CODILIS & STAWIARSKI PC
4875 BELFORT ROAD STE 130                   650 N SAM HOUSTON PKWY EAST
JACKSONVILLE, FL  32256                      SUITE 450
                                                           HOUSTON, TX  77060